*United States District Court*
**EASTERN DISTRICT OF NEW YORK**    *Page 1 of 2*

**UNITED STATES OF AMERICA**

**v.**

*Joel Mejia Collado*
**Defendant**

**ORDER SETTING CONDITIONS**
**OF RELEASE AND BOND**

Case No.: 13 CR 259 (KAM)

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, **subject to the Standard Conditions of Bond on the reverse** and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or

[✓] Upon **Unsecured Bond** executed by defendant in the amount of $ 200,000 , or

[ ] Upon **Secured Appearance Bond** as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1.    The defendant must remain in and may not leave the following areas without Court permission: New York + New Jersey

[ ] 2.    The defendant shall avoid all contact and not associate with any of the following persons or entities: _____

[ ] 3.    The defendant shall avoid and not go to any of the following locations: _____

[✓] 4.    The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.

[✓] 5.    Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and

[ ✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;

[✓] must report to that agency ( ) in person _____ times per _____ and/or ( ) by telephone _____ times per as directed

[ ] is subject to home detention with electronic monitoring with the following conditions: _____

[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ]treatment for: [ ] substance abuse [ ]alcoholism [ ] mental health problems

[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[ ] 6.    Other Conditions: _____

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 200,000 . The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $_____ ;

[ ] premises located at: _____ owned by _____

[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____ .

[ ] Other Conditions: _____

_____ Address: _____
    Surety

_____ Address: _____
    Surety

_____ Address: _____
    Surety

**The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2).** This bond is conditioned upon the appearance of the defendant and is subject to the **Standard Conditions of Bond** set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. **I am aware of the penalties and sanctions set forth on the reverse of this form.**

Release of the Defendant is hereby ordered on 6/6 , 20 17

s/RLM

_____ USM

_____ Signature of Defendant

Distribution:    White-Original    Canary - Courtroom Deputy    Pink - Pretrial Services    Goldenrod - Defendant

Docket No. _13 CR 259_                                    PAGE _2_ OF _2_

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: _Jael Mejia Collado_     Amount of Bond:$ _206,660_

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first
page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to
securing the bond with his/her/their interest in the property or properties described below:

| | Address | Date | Acknowledged Before |
|---|---|---|---|
| X _____ Surety: Jessica Rincon | 20 Jones Pl. Yonkes NY 10703 | 6-6-13 | ___ USMJ |
| Surety: Melissa Rincon | 20 Jones Pl. Yonkes, NY 10757 | 6-6-13 | ___ USMJ |
| Surety: Daniel Salazar | 189 Linden St, Apt 3D, Yonkes, NY. 10701 | 6-6-13 | ___ USMJ |
| Surety: Gladis Mejia | 189 Linden St, Apt 3D, Yonkes, N/Y 10701 | 6-6-13 | ___ USMJ |
| Surety: Franklin Bonilla Rodriguez | 710 Warburton St, Apt. 3E, Yonkes 10701 | 6-6-13 | ___ USMJ |
| Surety: | | | ___ USMJ |

**Signed and Acknowledged
by all the above sureties
before me on** _____, 20____     _____, USMJ.

The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____