**HARRIS, O'BRIEN, ST. LAURENT & HOUGHTELING**

September 13, 2013

The Honorable Kiyo A. Matsumoto
United States District Court Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

FILED ON ECF

Re:   *United States v. Jael Mejia Collado,* 13-CR-259(KAM)

Dear Judge Matsumoto,

I represent the defendant, Jael Collado, in the above captioned case. The purpose of this letter is to request permission from the Court to waive the appearance of the defendant at a status conference which is presently scheduled for September 17, 2013 at 10 am before this Court.

Mr. Collado, who is not detained, is in serious plea negotiations with the government. In addition, I have a scheduling conflict which prevents me from attending the conference on September 17, 2013. Accordingly, we request that Mr. Collado be allowed to waive his appearance at the status conference.

On behalf of Mr. Collado, I consent to any exclusion of Speedy Trial time which the Court may grant until the date of the next court conference.

I have spoken to the Assistant United States Attorney assigned to this case, David Sarrett, and he has no objection to Mr. Collado's request.

Thank you very much for your attention to this matter.

Sincerely Yours,
 s/Beth Farber

Beth Farber

cc: David Sarrett, AUSA
    All co-counsel, by ECF